IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS<br><br>　　Plaintiff,<br><br>vs.<br><br>VIVINT, INC.<br><br>　　Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ Case No: 2:18-cv-00102-DN<br>§<br>§<br>§<br>§<br>§ |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

　　Plaintiff Rothschild Broadcast Distribution Systems LLC hereby files this voluntary Notice of Voluntary Dismissal Without Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). According to Rule 41(a)(1)(A)(i), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer. Accordingly, Rothschild Broadcast Distribution Systems LLC voluntarily dismisses this action against Defendant without prejudice pursuant to Rule 41(a)(1)(A)(i) with each party to bear its own fees and costs.

Dated: April 3, 2018　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　*/s/ Jay Johnson*
　　　　　　　　　　　　　　　　　　**JAY JOHNSON** *(Admitted via Pro Hac Vice)*
　　　　　　　　　　　　　　　　　　State Bar No. 24067322
　　　　　　　　　　　　　　　　　　**KIZZIA JOHNSON, PLLC**
　　　　　　　　　　　　　　　　　　1910 Pacific Ave., Suite 13000
　　　　　　　　　　　　　　　　　　Dallas, Texas 75201
　　　　　　　　　　　　　　　　　　(214) 451-0164
　　　　　　　　　　　　　　　　　　Fax: (214) 451-0165
　　　　　　　　　　　　　　　　　　jay@kjpllc.com
　　　　　　　　　　　　　　　　　　bkizzia@kjpllc.com

**ATTORNEYS FOR PLAINTIFF**